STATE v. JONES

No. 105 PC.

Case below: 23 N.C. App. 162.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 3 December 1974.

STATE v. JOYNER

No. 112.

Case below: 23 N.C. App. 27.

Motion of Attorney General to dismiss appeal denied 26 November 1974.

STATE v. McALLISTER

No. 115 PC.

Case below: 23 N.C. App. 359.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 30 December 1974.

STATE v. MINK

No. 122 PC.

Case below: 23 N.C. App. 203.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 December 1974.

STATE v. NELSON

No. 9.

Case below: 23 N.C. App. 458.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 30 December 1974.